No. 257. New Orleans Land Company *v.* Willis J. Roussel, Administrator, etc., et al. Error to the Supreme Court of the State of Louisiana. Argued March 19, 1920. Decided March 22, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of

September 6, 1916, c. 448, § 2, 39 Stat. 726. *Mr. Charles Louque*, with whom *Mr. W. O. Hart* was on the brief, for plaintiff in error. *Mr. William Winans Wall*, for defendants in error, submitted.